UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LESLIE NACHMAN,

    Plaintiff,

v.                                                                          Case No:   6:15-mc-76-Orl-40TBS

REGENOCYTE WORLDWIDE, INC.,
REGENOCYTE, LLC, REGENOCYTE
THERAPEUTIC, LLC, INTERCELLULAR
SCIENCES, LLC, ZANNOS G. GREKOS,
MICHAEL R. CALCATERRA, DOES 1
THROUGH X and ROE
CORPORATIONS I THROUGH X,

    Defendants.

## ORDER

This matter comes before the Court on Plaintiff Leslie Nachman's Motion for Issuance of a Post-Judgment Writ of Garnishment to Alligator Bight, Inc. (Doc. 2).   On October 22, 2014, the Clerk of Court for the United States District Court for the District of Nevada entered judgment in favor of Plaintiff and against Defendants "Intercellular and Regenocyte" for $49,950 (breach of contract claim); against all defendants for $49,950 (fraudulent misrepresentations claim); and against all defendants for $100,000 for punitive damages; plus, interest at the federal statutory rate of 4.75% per annum (Doc. 1 at 2).   The final judgment was registered with this Court on December 7, 2015.   Plaintiff alleges that the judgment has not been satisfied and now moves for a writ of garnishment against Alligator Bight, Inc., which Plaintiff alleges may have possession of funds belonging to Defendant Zannos G. Grekos (Doc. 2 ¶ 1).

Judgment creditors are entitled to a writ of garnishment under Florida law. FLA. STAT. § 77.01. All that is necessary to obtain a writ of garnishment is to "file a motion ... stating the amount of the judgment," FLA. STAT. § 77.03, which Plaintiff has done here. Plaintiff's motion is therefore **GRANTED**. The Clerk is **DIRECTED** to **ISSUE** the writ attached to Doc. 2 at 5-6.

**DONE** and **ORDERED** in Orlando, Florida on March 29, 2016.

THOMAS B. SMITH
United States Magistrate Judge

Copies furnished to Counsel of Record